UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00594-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEXANDER DOUCETTE, a/k/a Alexander Joseph Doucette,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, February 23, 2011,** and responses to these motions shall be filed by **Monday, March 7, 2011.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference shall not be set at this time.  The parties shall notify Chambers should a hearing become necessary.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, March 14, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated:  February 9, 2011

        BY THE COURT:


        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge