IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00594-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEXANDER DOUCETTE,

    Defendant.

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled matter and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss Indictment (ECF Doc. No. 35), filed February 22, 2012, is **GRANTED.**  It is further

ORDERED that the Indictment in the above-captioned matter is dismissed.

Dated:  March 15, 2012.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE